No. 284. ARTELL v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Clyde W. Woody* for petitioner. *Carl E. F. Dally* for respondent.

No. 300. CLARK ET AL. v. THOMPSON, MAYOR, ET AL. C. A. 5th Cir. Certiorari denied. *Robert L. Carter* and *Jack H. Young* for petitioners. *Thomas H. Watkins* for respondents.

No. 524. CARTER MOUNTAIN TRANSMISSION CORP. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *E. Stratford Smith* and *Robert E. Conn* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Max D. Paglin, Daniel R. Ohlbaum* and *Ruth V. Reel* for the Federal Communications Commission, and *James A. Mc-Kenna, Jr.* and *Vernon L. Wilkinson* for Chief Washakie TV, respondents.

No. 525. MORTON SALT Co. v. UNITED STATES. Court of Claims. Certiorari denied. *Lloyd M. McBride* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Melva M. Graney* and *John F. Murray* for the United States.

No. 521. NUGEY v. OLIVER MANUFACTURING SUPPLY Co. ET AL. C. A. 3d Cir. Certiorari denied. *Maximilian Bader* and *I. Walton Bader* for petitioner. *Louis D. Fletcher* and *Orlando H. Dey* for respondents.